# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SOPHIA CHAVEZ, <br>     Plaintiff, <br> v. <br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br>     Defendants. | Case No. 16-cv-04622-BLF <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before May 1, 2017, why Equifax, Inc. should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: April 17, 2017

                                               BETH LABSON FREEMAN
                                               United States District Judge