UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOPHIA CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-04622-BLF<br><br>**ORDER DISMISSING DEFENDANTS WELLS FARGO CARD SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., AND CREDIT ONE BANK, N.A.** |

On April 17, 2017, the Court issued an order noting that Plaintiff had effected service of process on Defendant Wells Fargo Card Services, Inc. ("Wells Fargo") on August 26, 2016. *See* Order Setting Deadline for Plaintiff to File Request for Clerk's Entry of Default, ECF 50. The Court directed Plaintiff to file a request for a Clerk's entry of default against Wells Fargo on or before May 8, 2017. *Id.* The court advised that "[i]f Plaintiff does not file a request for a Clerk's entry of default within the time provided, the Court will presume that Plaintiff does not intend to proceed against Defendant and will dismiss the action against Defendant Wells Fargo Card Services, Inc. for failure to prosecute." *Id.* Plaintiff has not filed a request for a Clerk's entry of default. Accordingly, Defendant Wells Fargo is DISMISSED from this action.

On April 25, 2017, the Court issued an order granting motions to dismiss brought by Defendants Experian Information Solutions, Inc. ("Experian") and Credit One Bank, N.A. ("Credit One"). *See* Order Granting Motions to Dismiss First Amended Complaint with Leave to Amend, ECF 52. The Court granted Plaintiff until May 16, 2017 to amend her pleading, and stated that "[f]ailure to meet the May 16 deadline to file an amended complaint or failure to cure the

deficiencies identified in this Order will result in a dismissal of Plaintiff's claims with prejudice." *Id.* at 17. Plaintiff has not filed an amended pleading. Accordingly, Experian and Credit One are DISMISSED from this action.

**IT IS SO ORDERED.**

Dated: June 14, 2017

_____
BETH LABSON FREEMAN
United States District Judge